1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10  EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION,
11
                   Plaintiff,                    No. C 09-2469 PJH
12
            v.                                   **NOTICE AND ORDER**
13
    UNITED AIRLINES, INC.,
14
                   Defendant.
15  _____/
16          PLEASE TAKE NOTICE that because of conflicts in the court's schedule, the date

17  for the hearing on defendant United Airlines, Inc.'s motion to transfer, previously set for

18  October 21, 2009, has been CONTINUED to Wednesday, November 4, 2009, at 9:00 a.m.

19
20  **IT IS SO ORDERED.**

21  Dated: October 16, 2009

22                                        _____
                                          PHYLLIS J. HAMILTON
23                                        United States District Judge

24
25
26
27
28