# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| EEOC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 10 C 1699 |
| United Air Lines Inc. | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss plaintiff's second amended complaint for failure to state a claim is granted.

Michael W. Dobbins, Clerk of Court

Date: 2/3/2011                                 _____
                                               /s/ Wanda A. Parker, Deputy Clerk