**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** <br><br> **Plaintiff,** <br> v. <br><br> **UNITED AIRLINES INC.,** <br> **Defendant.** | **CIVIL ACTION NO. 10-CV-01699** <br><br> **NOTICE OF APPEAL** |

  Notice is hereby given that the United States Equal Employment Opportunity Commission, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 3, 2011.

April 1, 2011            Respectfully submitted,

                 //s// Linda S. Ordonio-Dixon
                 Attorney for Plaintiff, CA Bar #172830
                 U.S. Equal Employment Opportunity Commission
                 350 The Embarcadero Street, Suite 500
                 San Francisco, CA 94105
                 Tel: (415) 625-5657
                 Fax: (415) 625-5657
                 Email: Linda.Ordonio-Dixon@eeoc.gov

**Certificate of Service**

This is to certify that on April 1, 2011, a copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which sent notification of such filing to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

April 1, 2011                              //s// Linda S. Ordonio-Dixon
                                           Attorney for Plaintiff, CA Bar #172830
                                           U.S. Equal Employment Opportunity Commission
                                           350 The Embarcadero Street, Suite 500
                                           San Francisco, CA  94105
                                           Tel: (415) 625-5657
                                           Fax: (415) 625-5657
                                           Email: Linda.Ordonio-Dixon@eeoc.gov