# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 19, 2012

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

| No.: 11-1774 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff - Appellant<br><br>v.<br><br>UNITED AIR LINES, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-01699<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

Upon consideration of the **UNOPPOSED MOTION OF UNITED AIR LINES, INC. TO STAY THE MANDATE PENDING THE FILING OF A PETITION FOR A WRIT OF CERTIORARI**, filed on September 17, 2012, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate of this court is **STAYED** until December 6, 2012. If, within the period of the stay, a petition for certiorari is filed and appellee so notifies this court in writing, then the stay shall continue until the Supreme Court's final disposition. *See* Fed. R. App. P. 41(d)(2)(B). The parties are reminded that this order does not extend the deadline for petitioning for certiorari. *See* Sup. Ct. R. 13.

form name: **c7_Order_3J**(form ID: **177**)