# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 7, 2012

*By the Court:*

| No.: 11-1774 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff - Appellant  v.  UNITED AIR LINES, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-01699  Northern District of Illinois, Eastern Division  District Judge Harry D. Leinenweber ||

Upon consideration of the **UNITED AIR LINES, INC.'S NOTICE OF FILING OF A PETITION FOR A WRIT OF CERTIORARI**, filed on December 6, 2012, by counsel for the appellee,

**IT IS ORDERED** that this court's mandate will continue to be **STAYED** until the Supreme Court's final disposition. *See* Fed. R. App. P. 41(d)(2)(B).

form name: **c7_Order_BTC**(form ID: **178**)