# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**BILL OF COSTS**

July 18, 2013

Taxed in Favor of: **Appellant Equal Employment Opportunity Commission**

| | |
|---|---|
| No.: 11-1774 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff - Appellant<br><br>v.<br><br>UNITED AIR LINES, INCORPORATED, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-01699<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

The mandate or agency closing letter issued in this cause on July 18, 2013.

BILL OF COSTS issued in the amount of: $254.32.

| | | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |

3.  For reproduction of briefs:                                    $254.32          $254.32
    _____

4.  _____
    _____                         _____         _____

5.  _____
    _____                         _____         _____

                                                                   TOTAL:           $254.32


form name: **c7_BillOfCosts**(form ID: **140**)